An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SIGNATURE LANDSCAPES AND
YORK RISK SERVICES GROUP, INC.,
Appellants,
vs.
BRIAN DUNCAN,
Respondent.

No. 61730

FILED

MAR 12 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a petition for judicial review in a workers' compensation matter. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellants' unopposed motion to voluntarily dismiss this appeal is granted. The parties are to bear their own costs and fees. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07414

cc: Hon. James E. Wilson, District Judge
Robert L. Eisenberg, Settlement Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
The Law Firm of Herb Santos, Jr.
Carson City Clerk